ACCEPTED
12-14-00113-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/18/2015 11:16:06 AM
CATHY LUSK
CLERK

**No. 12-14-00113-CV**

_____

**IN THE TWELFTH DISTRICT OF TEXAS**

**Tyler, Texas**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/18/2015 11:16:06 AM
CATHY S. LUSK
Clerk

_____

**CHAD RIEMENSCHNEIDER, ET UX
REBEKAH RIEMENSCHNEIDER
Appellants,**

v.

**EAST TEXAS MEDICAL CENTER CROCKETT, INC.
AND TIM MEYER
Appellees.**

_____

Appeal from Cause No. 12-0006,
349th District Court, Houston County, Texas
Honorable Pam Foster Fletcher, Presiding Judge

_____

**APPELLEES' NOTICE OF CHANGE OF ADDRESS OF ATTORNEY**

**TO THE HONORABLE TYLER COURT OF APPEALS:**

Please take notice of the change of address, effective February 15, 2015, of the undersigned attorneys of record for East Texas Medical Center Crockett, Inc. and Tim Meyer.

Russell G. Thornton
THIEBAUD REMINGTON THORNTON BAILEY LLP
Two Energy Square
4849 Greenville Avenue, Suite 1150
Dallas, TX 75206
rthornton@trtblaw.com
Phone:  (214) 954-2200
Fax:  (214) 754-0999 (Fax)

Respectfully Submitted,

**THIEBAUD REMINGTON THORNTON BAILEY, L.L.P.**

By: /s/Russell G. Thornton
　　　**RUSSELL G. THORNTON**
　　　State Bar Card No. 19982850
　　　rthornton@trtblaw.com

　　　1445 Ross Avenue, Suite 4800
　　　Dallas, Texas 75202
　　　(214) 954-2200
　　　(214) 754-0999 (Fax)

**COUNSEL FOR APPELLEES
EAST TEXAS MEDICAL CENTER
CROCKETT, INC. AND TIM MEYER**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the **18th** day of **February, 2015**, a true and correct copy of the foregoing document was delivered to counsel listed below:

**VIA E-SERVE &/OR E-MAIL:**
Mr. John L. Anderson
Attorney at Law
PO Drawer 1528
Lufkin, Texas 75902
jla@consolidated.net

　　　　　　　　/s/ Russell G. Thornton
　　　　　　　　**RUSSELL G. THORNTON**